NA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, | No. CV 19-04332-PHX-ROS (CDB) |
| Plaintiff, | |
| v. | **ORDER** |
| CoreCivic, et al., | |
| Defendants. | |

On June 3, 2019, Plaintiff Mario Rene Hidalgo Lopez,[1] who is represented by counsel, filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1) and paid the $400.00 filing and administrative fees.[2] The Court will order Defendants to answer the Complaint.

**IT IS ORDERED:**

(1)    Plaintiff must either serve each Defendant or seek a waiver of service for each Defendant.

(2)    If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the

---

[1] Plaintiff indicates he is the husband of Raquel Evangelina Hidalgo Lopez (Decedent), who was in the custody of the United State Immigration and Customs Enforcement at the Eloy Detention Center at the time of her death, and is suing Defendants on his own behalf and in a representative capacity as successor-in-interest to Decedent.

[2] Because Plaintiff is neither in custody nor proceeding in forma pauperis, the Complaint is not subject to screening under 28 U.S.C. §§ 1915(e)(2), 1915A, or 42 U.S.C. § 1997e(c).

TERMPSREF

filing of the Complaint, the action may be dismissed as to each Defendant not served.  Fed. R. Civ. P. 4(m).

(3)   Defendants must answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

(4)   Any answer or response must state the specific Defendant by name on whose behalf it is filed.  The Court may strike any answer, response, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed.

(5)   This matter is referred to Magistrate Judge Camille D. Bibles pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1) and is **assigned to the standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure and to the **Mandatory Initial Discovery Pilot** pursuant to General Order 17-08.

Dated this 9th day of July, 2019.

_____
Honorable Roslyn O. Silver
Senior United States District Judge

TERMPSREF

- 2 -