# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, <br><br> Plaintiff, <br><br> v. <br><br> CoreCivic, United States of America, <br><br> Defendants. | No. CV 19-04332 PHX ROS (CDB) <br><br> **ORDER** |

**IT IS ORDERED that** Defendant United States of America's motion at ECF No. 17, which Defendant avers Plaintiff does not oppose, is **granted**. Accordingly,

**IT IS FURTHER ORDERED that** Defendant United States of America shall have until November 21, 2019, to answer or otherwise respond to Plaintiff's First Amended Complaint (ECF No. 8).

Dated this 27th day of October, 2019.

_____

Camille D. Bibles
United States Magistrate Judge