**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, <br><br> Plaintiff, <br><br> v. <br><br> CoreCivic, United States of America, <br><br> Defendants. | No. CV 19-04332 PHX ROS (CDB) <br><br> **ORDER** |

   **IT IS ORDERED that** Plaintiff's motion (ECF No. 19) seeking leave to amend the First Amended Complaint (ECF No. 8), in conformity with the lodged proposed Second Amended Complaint at ECF No. 19-1, is **granted**. Accordingly, Plaintiff is given leave to docket the proposed Second Amended Complaint within ten (10) days of the date this order is entered and Plaintiff must timely and properly effect service of the Second Amended Complaint on all Defendants named in that complaint.

   Dated this 20th day of November, 2019.

_____
Camille D. Bibles
United States Magistrate Judge