# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo,

Plaintiff,

v.

CoreCivic, United States of America,

Defendants.

No. CV 19-04332 PHX ROS (CDB)

**ORDER**

**IT IS ORDERED that** Defendant United States of America's motion at ECF No. 21, is **granted**. Accordingly,

**IT IS FURTHER ORDERED that** Defendant United States of America shall not be required to answer the Amended Complaint at ECF No. 8.

**IT IS FURTHER ORDERED that** Defendant United States of America shall answer or otherwise respond to the Second Amended Complaint, lodged at ECF No. 19-2 (which the Court has required Plaintiff to docket no later than November 30, 2019, and serve on all named defendants within the time specified by the Federal Rules of Civil Procedure), within fourteen days of the date the Second Amended Complaint is served on Defendant United States of America. *See* Fed. R. Civ. P. 15(a)(3).

Dated this 22nd day of November, 2019.

_____

Camille D. Bibles
United States Magistrate Judge