# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo,

Plaintiff,

v.

CoreCivic, United States of America, InGenesis, Inc.,

Defendants.

No. CV 19-04332 PHX ROS (CDB)

**ORDER**

**IT IS ORDERED that** the motion at ECF No. 27 is **granted**. Accordingly,

**IT IS FURTHER ORDERED that** Defendant United States of America shall have until December 27, 2019, to answer or otherwise respond to Plaintiff's Second Amended Complaint.

Dated this 16th day of December, 2019.

_____

Camille D. Bibles
United States Magistrate Judge