MICHAEL BAILEY
United States Attorney
District of Arizona

ANNE E. NELSON
Arizona State Bar No. 028069
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4408
Telephone:  (602) 514-7500
Facsimile:  (602) 514-7760
E-Mail: Anne.Nelson@usdoj.gov
*Attorney for United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez; B.H.; and Luisa Hidalgo, by and through her guardian ad litem, Mario Rene Hidalgo Lopez, individually and as successor in interest to decedent, Raquel Evangelina Calderon de Hidalgo,<br><br>       Plaintiffs,<br><br>v.<br><br>United States of America; Corecivic, a private entity, InGenesis, Inc., a private entity, and Does 1 through 10, inclusive. | Case No.: 19-cv-04332-ROS-CDB<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant United States of America and Plaintiffs Mario Rene Hidalgo Lopez, B.H., and Luisa Hidalgo, by and through their undersigned counsel, hereby moves to extend the United States' time to answer or otherwise respond to Plaintiff's Second Amended Complaint until January 10, 2020.  In support of this motion, the Parties submit as follows:

1.      Plaintiff Mario Rene Hidalgo Lopez filed the initial Complaint in this action against defendant Corecivic and Does 1 through 10, on June 3, 2019, seeking damages for the death of Raquel Evangelina Calderon De Hidalgo, who died while in custody of U.S. Immigration and Customs Enforcement at the Eloy Detention Center.  (Doc. 1).  Plaintiff's

initial complaint alleged a variety of tort claims as well as constitutional claims and sought both wrongful death and survival damages. (*Id.*).

2.    On August 14, 2019, Plaintiff filed a First Amended Complaint in which he named the United States of America as a new co-defendant. Plaintiff's First Amended Complaint alleged a variety of Federal Tort Claims Act ("FTCA") claims against the United States related to Ms. Calderon De Hidalgo's death. (Doc. 8). Plaintiff's First Amended Complaint sought both wrongful death and survival damages against the United States. (*Id.*).

3.    On November 6, 2019, Plaintiff filed a Motion for Leave to File a Second Amended Complaint, and attached as Exhibit A a redline of the proposed Second Amended Complaint. (Doc. 19). The Proposed Second Amended Complaint, included among other things, the addition of two new Plaintiffs, B.H. and Luisa Hidalgo, and one new co-defendant InGenesis, Inc. (Doc. 19-1).

4.    On November 20, 2019, the Court issued an Order granting Plaintiff's Motion and directed Plaintiff to docket the proposed Second Amended Complaint within ten (10) days of the date of the order and timely and properly effect service of the Second Amended Complaint on all Defendants. (Doc. 20).

5.    Plaintiff filed the Second Amended Complaint on November 29, 2019 (Doc. 23).

6.    The United States has identified several grounds to dismiss Plaintiff's Second Amended Complaint, including dismissing the claims of Plaintiffs B.H. and Luisa Hidalgo for failing to exhaust administrative remedies, and dismissal of the survival claims for failure to be brought in by the real party in interest, i.e., the Estate of Ms. Hidalgo Lopez. The Parties have conferred about the United States' proposed motion and Plaintiffs have agreed to seek leave to amend the Complaint to withdraw B.H. and Luisa Hidalgo's claims. Plaintiffs' counsel will also be filing appropriate paperwork with State court to ensure the survival claim is brought by the appropriate real party in interest.

7.    In order to allow Plaintiffs time to seek leave to amend the complaint, the Parties stipulate and request an extension of an additional 14-days for the United States to respond to the Second Amended Complaint.

8.    Fed. R. Civ. P. 6(b) and LRCiv 7.3 authorize this Court to grant an extension of time to respond to a complaint for good cause shown.

9.    By requesting an extension of time, the United States does not waive any defenses listed in Fed. R. Civ. P. 12(h)

Wherefore, the Parties request that the United States be given an additional 14-days, or until January 10, 2020, to file its response.

Respectfully submitted this 27th day of December, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s Anne E. Nelson*
ANNE E. NELSON
Assistant U.S. Attorney
*Attorney for the United States*


LAW OFFICES OF SCOTT D. HUGHES


*/s Scott D. Hughes (with permission)*
Scott D. Hughes
*Attorney for Plaintiffs*

- 3 –

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and served a copy, via first-class mail, postage prepaid, to the following recipient who is not a CM/ECF registrant:

Law Offices of Scott D. Hughes
Scott D. Hughes
620 Newport Center Drive, Suite 1100
Nweport Beach, CA 92660

Alford Law, PLLC
Elliot Alford
3 N. Leroux Street, Suite 200
Flagstaff, AZ 86001

s/Anne E. Nelson
U.S. Attorney's Office

- 4 –