# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Mario Rene Hidalgo Lopez,
individually and as successor in interest to the
deceased Raquel Evangelina Calderon de
Hidalgo,

Plaintiff,

v.

CoreCivic, United States of America,

Defendants.

No. CV 19-04332 PHX ROS (CDB)

**ORDER**

Pursuant to the stipulation of the parties at ECF No. 29,

**IT IS ORDERED that** Defendant United States of America shall have until January 10, 2020, to answer or otherwise respond to Plaintiff's Second Amended Complaint.

Dated this 30th day of December, 2019.

_____

Camille D. Bibles
United States Magistrate Judge