# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo,

Plaintiff,

v.

CoreCivic, United States of America,

Defendants.

No. CV 19-04332 PHX ROS (CDB)

**ORDER**

**IT IS ORDERED that** Plaintiff's motion at ECF No. 31, seeking leave to docket a Third Amended Complaint, apparently being unopposed, is **granted**. Accordingly, Plaintiff shall have fourteen days from the date this order is entered to docket and serve a clean copy of the proposed Third Amended Complaint (ECF No. 31-1)

**IT IS FURTHER ORDERED that** Defendant the United States of America's motion at ECF No. 32 is **granted**. Accordingly, Defendant the United States of America shall have until February 24, 2020, to answer or otherwise respond to Plaintiff's Third Amended Complaint.

Dated this 28th day of January, 2020.

_____

Camille D. Bibles
United States Magistrate Judge