# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, <br><br> Plaintiff, <br><br> v. <br><br> CoreCivic, United States of America, InGenesis, Inc., <br><br> Defendants. | No. CV 19-04332 PHX ROS (CDB) <br><br> **ORDER SETTING SCHEDULING CONFERENCE** |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a telephonic scheduling conference is set for **Tuesday, March 24, 2020 at 9:00 a.m.** The parties shall participate in the scheduling conference **telephonically**, which shall be conducted from the Magistrate Judge's chambers and not the courtroom and will not be conducted on the record. Plaintiff's counsel shall be responsible for setting up the conference call between the court and counsel, contacting the chambers of the undersigned Magistrate Judge at (928)774-2566. The parties participating in the conference shall have authority to enter into stipulations and make admissions regarding all matters which may be discussed. Accordingly,

**IT IS ORDERED that:**

(1) This order shall serve as notice to Plaintiff under Rule 4(m), Federal Rules of Civil Procedure, that the Court shall dismiss this action without further notice with respect to any defendant for whom there is not a proper return of service on file establishing that service of process was accomplished within 90 days of the filing of the complaint, unless

plaintiff has filed prior to the expiration of the 90-day service period a motion requesting and showing good cause for an extension of time to accomplish service.

(2) Plaintiff shall promptly serve a copy of this Order on all Defendants who have not filed an appearance with the Court, either with service of process or promptly after receipt of this order if service or waiver of service was accomplished prior to such receipt, and shall promptly file a notice of such service.

**(3) The parties are directed to meet and confer at least twenty-one (21) days before the conference, in accordance with Rule 26(f), Federal Rules of Civil Procedure, to discuss the following matters:**

A. The nature and bases of their claims and defenses and the possibilities for a prompt settlement or resolution of the case;

B. Any matters relating to jurisdiction or venue or the joinder of additional parties;

C. A schedule of all pretrial proceedings;

D. Modification of pretrial procedures due to the simplicity or complexity of the case;

E. Arrangements for initial disclosures in compliance with Rule 26(a)(1), Federal Rules of Civil Procedure and the Mandatory Initial Discovery Pilot Project ("MIDP").  Unless otherwise stipulated or directed by the Court, initial disclosures shall be made at or within 10 days after the meeting of the parties;

F. During the Rule 26 conference, the parties must discuss the MIDP responses and seek to resolve any limitations or objections they have made or intend to make in their responses. A description of the discussion regarding the MIDP responses must be included in the Rule 26(f) report to the Court.

G. Any other matters which counsel believe may help dispose of the matter in an efficient manner.

**(4) The parties shall file with the court not less than seven (7) days before the scheduling conference, a joint report reflecting the results of their meeting and outlining the discovery plan.** The report shall include individually numbered brief statements indicating:

A. The nature of the case: the factual and legal basis of Plaintiff's claims and Defendants' defenses;

B. The factual and legal issues genuinely in dispute and whether they can be narrowed by stipulation or motions;

C. The jurisdictional basis of the case citing specific jurisdictional statutes;

D. The parties, if any, that have not been served and an explanation of why they have not been served; and any parties which have been served but have not answered or otherwise appeared;

E. Whether there are dispositive or partially dispositive issues to be decided by pretrial motions;

F. The status of related cases pending before other judges of this court or before other courts;

G. A statement of when initial disclosures were made or will be made, or any proposed changes in the requirements for initial disclosures set forth in Rule 26(a), Federal Rules of Civil Procedure or the MIDP;

H. Proposed deadlines for:
(1) service of each party's MIDP responses;
(2) filing motions to amend pleadings and motions to join additional parties;
(3) disclosure of expert testimony under Rule 26(a)(2), Federal Rules of Civil Procedure and for completing expert witness depositions;
(4) completing written discovery and the deposition of fact witnesses;
(5) disclosure of Electronically Stored Information ("ESI");
(6) filing dispositive motions; and
(7) conducting good faith settlement negotiations.

I. Estimated length of trial;

J. Whether a jury trial has been requested;

K. The prospects for settlement and whether any party wishes to have a settlement conference with another Magistrate Judge. *See* LRCiv 83.10;

L. Any unusual, difficult, or complex problems affecting the conduct of the case;

M. Any other matters which will aid the Court and the parties in resolving this case in a just, speedy, and inexpensive manner as required by Rule 1, Federal Rules of Civil Procedure.

After the conference, the Court will enter an order limiting the time within which the parties may file pretrial motions, complete discovery, and file the joint pretrial statement. The Court's order shall control the course of the action unless modified by subsequent order.

The parties are expected to comply fully with the Federal and Local Rules of Civil Procedure and to minimize the expense of discovery and ensure that all pleadings comply with Local Rules of Civil Procedure 7.1 and 7.2.

Dated this 24th day of February, 2020.

Camille D. Bibles
United States Magistrate Judge