# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, | No. CV-19-04332-PHX-ROS (CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| CoreCivic, et al., | |
| Defendants. | |

**IT IS ORDERED that** the unopposed motion at ECF No. 41 is **granted**.

Accordingly, the telephonic scheduling conference in this matter is reset for **April 15, 2020 at 9:00 a.m.** All other provisions of the Court's Order at ECF No. 40 shall remain in full force and effect.

Dated this 26th day of February, 2020.

Camille D. Bibles
United States Magistrate Judge