# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, United States of America,<br><br>Defendants. | No. CV 19-04332 PHX ROS (CDB)<br><br>**ORDER** |

Pursuant to the stipulation of the parties at ECF No. 46,

**IT IS ORDERED that** Plaintiff shall have until April 10, 2020, to file any motion to further amend the complaint.

**IT IS FURTHER ORDERED that** Defendant CoreCivic is not required to file a responsive pleading to Plaintiff's Third Amended Complaint.

**IT IS FINALLY ORDERED that** Defendant CoreCivic shall file a responsive pleading to Plaintiffs' Fourth Amended Complaint no later than fourteen (14) days of service, pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure.

Dated this 8th day of April, 2020.

Camille D. Bibles
United States Magistrate Judge