# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, United States of America,<br><br>Defendants. | No. CV 19-04332 PHX ROS (CDB)<br><br>**ORDER** |

All of the parties to this matter have consented to the exercise of magistrate judge jurisdiction over the matter, including the entry of final judgment. The parties submitted a Joint Case Management Report (ECF No. 45), and participated in a telephonic scheduling conference on **April 15, 2020**. Therefore, the Court issues this Scheduling Order pursuant to Rule 16.2(b)(1) of the Federal Rules of Civil Procedure.

**IT IS ORDERED that**:

1. The Preliminary Order at ECF No. 4 and the attachments thereto are incorporated by reference and remain in effect. To any extent any Preliminary Order differs from this Order, this Order shall govern.

2. Deadline for Joining Parties and Amending Pleadings. The deadline for joining parties, amending pleadings, or filing supplemental pleadings is **January 8, 2021**. Any motion for leave to amend or notice of amendment must be filed in accordance with Rule 15.1 of the Local Rules of Civil Procedure. Any motion or notice that does not comply

with the local and federal rules may be stricken by the Court.

3. Mandatory Initial Discovery Pilot Project ("MIDP"). This case is subject to the MIDP. Each party has certified that it has received and carefully reviewed the Court's Preliminary Order and the materials attached to it to ensure familiarity and full compliance with the requirements of the MIDP.[1]

**Mandatory Initial Discovery Responses ("MIDP Responses")**: Plaintiff provided their MIDP Responses on **March 25, 2020**. Defendants provided their MIDP Responses on **March 25, 2020**. Unless the Court orders otherwise, the parties shall file with the Clerk of Court a notice of service of initial responses, rather than copies of the actual disclosures.

**Supplemental MIDP Responses**: Any further supplemental MIDP responses shall be served on the opposing party no later than thirty (30) days after the information is discovered or revealed. Unless the Court orders otherwise, the parties shall file with the Clerk of Court a notice of service of supplemental responses, rather than copies of the actual disclosures.

**Electronically Stored Information ("ESI")**: ESI identified in the MIDP Responses or by **March 25, 2020**, shall be produced to the opposing party no later than **May 4, 2020**.

4. Discovery Deadlines and Limitations. Following service of MIDP Responses, broader discovery under Federal Rules of Civil Procedure 26, 30, 31, 33, 34, 36, and 45 may commence. All discovery, including supplementation of MIDP Responses, must be **completed** on or before **March 5, 2021**.[2]

---

[1] The General Order, as well as a Notice, Checklist, and Users' Manual are attached to the Court's Preliminary Order at ECF No. 4, and may also be found online at the District of Arizona's Website or the Federal Judicial Center's Website.

[2] This supersedes the "30 days before trial" disclosure deadline. *See* Fed. R. Civ. P. 26(a)(3). The discovery deadline concludes the time to propound discovery, the time to answer all propounded discovery, the time to supplement disclosures and discovery, the time for discovery by subpoena, the time for the Court to resolve all discovery disputes, and the time to complete any final discovery necessitated by the Court's ruling on any discovery disputes.

Depositions in this case shall be limited to seven hours each as provided in Rule 30(d)(1) of the Federal Rules of Civil Procedure. The number of depositions and interrogatories shall be as limited in Rule 30(a)(2)(A)(i) and Rule 33(a)(1) of the Federal Rules of Civil Procedure. Each side may also propound up to 40 requests for production of documents, including subparts, and up to 40 requests for admissions, including subparts. The limitations set forth in this paragraph may be increased by agreement of the parties, but such an increase will not result in an extension of the discovery deadlines.

a. Depositions: All depositions shall be scheduled to commence at least **five working days** prior to the discovery deadline. A deposition commenced five days prior to the deadline may continue up until the deadline, as necessary.

b. Written Discovery: All interrogatories, requests for production of documents, and requests for admissions shall be served no later than **March 5, 2021**.

5. Deadlines for Disclosure of Experts and Completion of Expert Discovery.

a. Plaintiff shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **March 12, 2021.**

b. Defendants shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **April 16, 2021**.

c. Rebuttal expert disclosure, if any, shall be made no later than **May 7, 2021**. Rebuttal experts shall be limited to responding to opinions stated by initial experts.

d. Expert depositions shall be completed no later than **May 28, 2021**. As with fact witness depositions, expert depositions shall be scheduled to commence at least five working days before the deadline.

6. Discovery Disputes.

a. The parties shall not file written discovery motions without leave of Court. If a discovery dispute arises, the parties promptly shall contact the Court to request a telephonic conference concerning the disputes. The Court will seek to resolve the dispute during the telephonic conference and may enter appropriate orders on the basis of the telephone

conference. The Court may order written briefing if it does not resolve the dispute during the telephone conference.

b. Parties shall not contact the Court concerning a discovery dispute without first seeking to resolve the matter through personal consultation and sincere effort as required by Local Rule of Civil Procedure 7.2(j). Any briefing ordered by the Court shall comply with Local Rule of Civil Procedure 7.2(k).

c. Absent extraordinary circumstances, the Court will not entertain discovery disputes after the deadline for completion of discovery.

7. Deadline for Filing Dispositive Motions.

a. Dispositive motions shall be filed no later than **June 18, 2021**. Such motions must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules.

b. No party shall file more than one motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure unless permission is first obtained from the Court.

c. Failure to respond to a motion within the time periods provided in Local Rule of Civil Procedure 7.2 will be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily pursuant to Local Rule of Civil Procedure 7.2(i).

d. Pursuant to Local Rule of Civil Procedure 7.2(f), a party desiring oral argument on a motion for summary judgment must request it by placing "Oral Argument Requested" immediately below the title of the motion or the response to the motion. The Court may decide motions without oral argument and will issue an order scheduling oral argument as it deems appropriate.

8. Deadline for Engaging in Good Faith Settlement Talks. All parties and their counsel shall meet in person and engage in good faith settlement talks no later than **June 18, 2021**. Upon completion of such settlement talks, and in no event later than seven working days after the deadline set forth in the preceding sentence, the parties shall file with the Court a joint Report on Settlement Talks executed by or on behalf of all counsel. The Report shall inform the Court that good faith settlement talks have been held and shall

- 4 -

report on the outcome of such talks. The parties shall indicate whether assistance from the Court is needed in seeking settlement of the case, including whether the parties seek a settlement conference before a Magistrate Judge. The parties shall promptly notify the Court at any time when settlement is reached during the course of this litigation.

9. <u>Deadline for Notice of Readiness for Pretrial Conference</u>. Plaintiff shall notify the Court that the parties are ready for scheduling of a Final Pretrial Conference pursuant to Rule 16(d) of the Federal Rules of Civil Procedure. Plaintiff shall file and serve this notice within fourteen days after the dispositive motion deadline if no dispositive motions are pending on that date. If dispositive motions are pending, Plaintiff shall file and serve such notice within fourteen days after the resolution of dispositive motions. The Court will then issue an order setting the Final Pretrial Conference that (a) sets deadlines for briefing motions in limine, (b) includes a form for the completion of the parties' Joint Proposed Final Pretrial Order, and (c) otherwise instructs the parties concerning their duties in preparing for the Final Pretrial Conference. A firm trial date will be set at the Final Pretrial Conference.

10. <u>The Deadlines Are Real</u>. The parties are advised that the Court intends to enforce the deadlines set forth in this order and should plan their litigation activities accordingly.

Dated this 15th day of April, 2020.

_____
Camille D. Bibles
United States Magistrate Judge