# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo,<br><br>Plaintiff,<br>v.<br><br>CoreCivic, et al.,<br><br>Defendants. | No. CV 19-04332 PHX ROS (CDB)<br><br>**ORDER** |

    **IT IS ORDERED that** Plaintiff's motion at ECF No. 48 is **granted**. Accordingly, Plaintiff shall docket the Fourth Amended Complaint **no later than April 20, 2020**.

    **IT IS FURTHER ORDERED that** Plaintiff shall serve the Fourth Amended Complaint on all Defendants **no later than April 30, 2020**, and Defendants shall answer or otherwise respond to the Fourth Amended Complaint within the time specified by the Federal Rules of Civil Procedure.

    Dated this 16th day of April, 2020.

Camille D. Bibles
United States Magistrate Judge