# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, United States of America, InGenesis, Inc.,<br><br>Defendants. | No. CV 19-04332 PHX ROS (CDB)<br><br>**ORDER** |

**IT IS ORDERED that** Defendant CoreCivic's motion at ECF No. 60, which Defendant avers Plaintiff does not oppose, is **granted**. Accordingly, Defendant CoreCivic shall have until June 2, 2020, to file a reply with regard to its motion to dismiss at ECF No. 54.

Dated this 25th day of May, 2020.

_____

Camille D. Bibles
United States Magistrate Judge