Daniel P. Struck, Bar # 012377
Rachel Love, Bar # 019881
Dana M. Keene, Bar # 033619
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
dkeene@strucklove.com

*Attorneys for Defendant CoreCivic, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, et al., | Case No. CV 19-04332-PHX-ROS (CDB) |
| Plaintiffs, | **JOINT MOTION FOR PROTECTIVE ORDER** |
| v. | |
| CoreCivic, et al., | |
| Defendants. | |

Defendants CoreCivic, Inc. ("CoreCivic"), InGenesis, Inc. ("InGenesis") and United States of America (collectively, "Defendants") expect to produce documents and other items during the course of this litigation that may contain proprietary operational, financial, pricing, and contractual information; confidential and security-sensitive information regarding the operations of secure detention facilities; personal information relating to Defendants' current or former employees and/or independent contractors; or medical, mental health, or institutional-related documents pertaining to current or former detainees other than Raquel Evangelina Calderon de Hidalgo. The United States anticipates that some its discoverable material, including personnel records, constitutes "records" as defined by the Privacy Act, 5 U.S.C.§ 522a, which cannot be released without a court order. *See* 5 U.S.C. § 522a(b)(11).  Defendants contend that in the regular course of discovery, it may be necessary to disclose such information to the lawyers in this matter, experts, other

3798410                                      1

witnesses, and/or the Court. Defendants wish to ensure that this information remains confidential.

Accordingly, Plaintiffs and Defendants agree that the procedures outlined in the attached proposed Protective Agreement and Order should be adopted for the protection of confidential information, and jointly request that the Court enter the same. (*See* Exhibit 1.) The parties make this request in good faith and with good cause.

Dated: November 23, 2020

/s/ Rachel Love
Daniel P. Struck, Bar # 012377
Rachel Love, Bar # 019881
Dana M. Keene, Bar # 033619
STRUCK LOVE BOJANOWSKI &
ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
dkeene@strucklove.com

*Attorneys for Defendant CoreCivic, Inc.*

/s/ Scott D. Hughes (w/Authority)
Scott D. Hughes, Bar # 253611
LAW OFFICES OF SCOTT D.
HUGHES
620 Newport Center Dr. Suite 1100
Newport Beach, CA 92660
Tel.: (714) 987-2671
Fax: (714) 845-0030
scott@scotthugheslaw.com

*Attorney for Plaintiffs*

/s/ Anne E. Nelson (w/Authority)
Anne E. Nelson, Bar # 028069
ASSISTANT U.S. ATTORNEY
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004-4408
Tel: (602) 514-7500
Fax: (602) 514-7760
anne.nelson@usdoj.gov

*Attorney for Defendant United States of America*

3798410

2

/s/ Elizabeth A. Gilbert (w/Authority)
David S. Cohen, Bar # 016888
Elizabeth A. Gilbert, Bar #016498
JONES, SKELTON & HOCHULI, PLC
40 North Central Avenue, Suite 2700
Phoenix, AZ 5004
Tel: (602) 263-1700
Fax: (602) 200-7823
dcohen@jshfirm.com
egilbert@jshfirm.com

*Attorneys for Defendant InGenesis, Inc.*

3798410

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott D. Hughes, Esq. (SBN CA 253611)
LAW OFFICES OF SCOTT D. HUGHES
620 Newport Center Dr. Suite 1100
Newport Beach, CA 92660
Tel.: (714) 987-2671
Fax: (714) 845-0030
scott@scotthugheslaw.com

Elliot Alford, Esq. (SBN 029433)
ALFORD LAW PLLC
3 N. Leroux St., Suite 200
Flagstaff, AZ 86001
Tel.: (928) 607-1710
Fax: (918) 233-8687
elliotalford@gmail.com

*Attorneys for Plaintiffs*

Anne E. Nelson (SBN AZ 028069)
ASSISTANT U.S. ATTORNEY
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004-4408
Tel: (602) 514-7500
Fax: (602) 514-7760
Anne.nelson@usdoj.gov

*Attorney for United States of America*

David S. Cohen (Bar #016888)
Elizabeth A. Gilbert (Bar#016498)
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
Tel: (602) 263-1700
Fax: (602) 200-7823
dcohen@jshfirm.com
egilbert@jshfirm.com

*Attorneys for Defendant InGenesis, Inc.*

/s/ Rachel Love

3798410                                           4