# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H.,

Plaintiff,

v.

CoreCivic, et al.,

Defendants.

No. CV 19-04332 PHX ROS (CDB)

**ORDER**

Pursuant to the stipulation of the parties at ECF No. 84,

**IT IS ORDERED that** the remaining deadlines in this matter are extended as follows:

1. All written discovery shall be **completed** by **June 25, 2021**.

2. Plaintiff shall provide Defendants with their expert disclosure no later than **June 25, 2021**.

3. Defendants shall make their expert disclosure by **July 30, 2021**.

4. Rebuttal expert disclosure, if any, shall be made by **August 20, 2021**.

5. All depositions, including the depositions of experts, shall be completed by **September 24, 2021**.

6. All supplementation of discovery must be made no later than **September 24, 2021**.

7. The parties shall have until **October 22, 2021** to file dispositive motions and to conduct settlement talks.

Dated this 18th day of February, 2021.

_____

Camille D. Bibles
United States Magistrate Judge