# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H., <br><br> Plaintiff, <br><br> v. <br><br> CoreCivic, et al., <br><br> Defendants. | No. CV 19-04332 PHX ROS (CDB) <br><br> **ORDER** |

The initial complaint in this matter was docketed June 3, 2019, two years ago, and the case was assigned to the Mandatory Initial Discovery Pilot ("MIDP") track. Plaintiff filed an amended complaint on August 14, 2019, and filed a second amended complaint on November 29, 2019. (ECF Nos. 8 & 23). Plaintiff filed a third amended complaint, on February 10, 2020. (ECF No. 35). Mandatory initial discovery disclosures were made on March 25, 2020, and were later supplemented. The case management order in this matter was issued April 15, 2020, and Plaintiffs filed a fourth amended complaint on April 20, 2020. (ECF No. 52).

In an order entered February 18, 2021, pursuant to the stipulation of the parties, the Court extended the remaining deadlines in this matter, for completing written discovery, serving expert witness disclosure, conducting all depositions, and the filing of dispositive motions. Before the Court is Plaintiffs' motion seeking to extend the deadlines for expert witness disclosure, conducting depositions, and filing dispositive motions. Because discovery in this matter has continued for more than one year, the parties are admonished

to be diligent in completing discovery in this matter and the motion at ECF No. 102 is **granted only as follows**:

1. The deadline for submitting any requests for written discovery shall remain **June 25, 2021**. The deposition of all fact witnesses shall be **completed by August 25, 2021**.

2. Plaintiff shall provide Defendants with their full expert disclosure no later than **September 24, 2021**.

3. Defendants shall make their expert disclosure by **October 15, 2021**.

4. Rebuttal expert disclosure, if any, shall be made by **November 19, 2021**.

5. The depositions of all expert witnesses shall be completed by **December 3, 2021**.

6. All supplementation of discovery must be made no later than **December 17, 2021**.

7. The parties shall have until **January 21, 2022**, to conduct good-faith settlement negotiations and to file dispositive motions.

Absent a showing of extraordinary cause no further extensions of the deadlines for completing discovery and the filing of dispositive motions will be granted.

Dated this 10th day of June, 2021.

Camille D. Bibles
United States Magistrate Judge

- 2 -