# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H.,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, et al.,<br><br>Defendants. | No. CV 19-04332 PHX ROS (CDB)<br><br>**ORDER** |

**IT IS ORDERED that** Defendants' motion at ECF No. 122, being unopposed, is **granted**. Accordingly, the Clerk of the Court is directed to seal the pleading at ECF No. 121-1, the declaration of Scott Hughes.

Dated this 5th day of October, 2021.

Camille D. Bibles
United States Magistrate Judge