# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H.,

Plaintiff,

v.

CoreCivic, United States of America, InGenesis Incorporated,

Defendants.

No. CV 19-04332 PHX ROS (CDB)

**ORDER**

**IT IS ORDERED that** the stipulated motion at ECF No. 131 is **granted**.

Accordingly, **IT IS FURTHER ORDERED that**:

1. The parties shall complete the deposition of all fact witnesses by **April 15, 2022**.

2. Plaintiff shall complete expert witness disclosure by **May 16, 2022**.

3. Defendants shall complete expert witness disclosure by **June 17, 2022**.

4. All rebuttal expert disclosure shall be completed by **July 18, 2022**.

5. All expert witness depositions shall be completed by **August 19, 2022**.

6. All supplementation of discovery shall be completed by **August 26, 2022**.

7. The deadline for engaging in good faith settlement negotiations and filing dispositive motions is **September 30, 2022**.

Dated this 10th day of February, 2022.

Camille D. Bibles
United States Magistrate Judge