**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H., <br><br> Plaintiff, <br><br> v. <br><br> CoreCivic, United States of America, InGenesis Incorporated, <br><br> Defendants. | No. CV 19-04332 PHX ROS (CDB) <br><br> **ORDER** |

**IT IS ORDERED that** the motion to seal at ECF No. 148 is **granted**. Accordingly, the unredacted exhibits to the motion at ECF No. 147, **lodged under seal at ECF No. 149**, shall **remain under seal**.

Dated this 15th day of April, 2022.

Camille D. Bibles
United States Magistrate Judge