# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H., <br><br> Plaintiff, <br><br> v. <br><br> CoreCivic, et al., <br><br> Defendants. | No. CV 19-04332 PHX ROS (CDB) <br><br> **ORDER** |

**IT IS ORDERED that** Plaintiffs' stipulated motion at ECF No. 150 is **granted**. Accordingly,

1. The parties shall complete the deposition of all fact witnesses by April 15, 2022 with the exception of Erika Villalobos by May 4, 2022 and Kenneth Merchant by May 2, 2022.

2. Plaintiff shall complete expert witness disclosure by **May 30, 2022**.

3. Defendant shall complete expert witness disclosure by **July 1, 2022**.

4. All rebuttal expert witness disclosure shall be completed by **August 1, 2022**.

5. All expert witness depositions shall be completed by **September 2, 2022**.

6. All supplementation of discovery shall be completed by **September 9, 2022**.

7. The deadline for engaging in good-faith settlement negotiations and filing dispositive motions is **October 14, 2022**.

Dated this 21st day of April, 2022.

Camille D. Bibles
United States Magistrate Judge