# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H.,

Plaintiff,

v.

CoreCivic, et al.,

Defendants.

No. CV 19-04332 PHX ROS (CDB)

**ORDER**

Before the Court is Defendant CoreCivic's motion seeking a protective order and to preclude the deposition of Erica Villalobos, a fact witness. (ECF No. 147). In the alternative, CoreCivic requests that "the Court order that Ms. Villalobos's deposition should occur via written questions pursuant to Fed. R. Civ. P. 26(c)(1)(C)) and 31(a)(1), and/or to forbid or limit Plaintiffs from inquiring into her private health information pursuant to Fed. R. Civ. P. 26(c)(1)(D))." (*Id.*). CoreCivic also asks the Court:

> If Plaintiffs are permitted to inquire into Ms. Villalobos's private health information, CoreCivic requests that any deposition taken, either orally or by written questions, be sealed and opened only on court order pursuant to Fed. R. Civ. P. 26(c)(1)(F) to protect Ms. Villalobos's privacy rights.

(*Id.*).

Ms. Villalobos' deposition has been noticed for May 3, at 1:30, by "remote." (ECF No. 158).

The Court has thoroughly reviewed CoreCivic's motion at ECF No. 147, and the exhibits thereto, and the sealed exhibits at ECF No. 149 and ECF No. 153. The Court has

also thoroughly reviewed Plaintiffs' response (ECF No. 151) to CoreCivic's motion, and CoreCivic's reply (ECF No. 155).

**IT IS ORDERED that** Defendant CoreCivic's motion at ECF No. 147 is **granted as follows and denied to the extent it seeks other relief**.

Accordingly,

**IT IS FURTHER ORDERED that** Plaintiffs are prohibited from requiring Ms. Villalobos' personal appearance for a deposition, and any extant notice of deposition is quashed. Plaintiffs shall be allowed to depose Ms. Villalobos by written question under oath, and shall be allowed to enquire, via written question under oath, as to her diagnosis with regard to any medical condition affecting her memory of the events in question. Plaintiffs are precluded from obtaining Ms. Villalobos' medical records by any means. To the extent Plaintiffs seek to reference any specific medical condition of Ms. Villalobos' in any future pleadings in this matter, Plaintiffs must present such portion of the pleading under seal.

Dated this 29th day of April, 2022.

Camille D. Bibles
United States Magistrate Judge

- 2 -