# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H., | No. CV-19-04332-PHX-ROS (CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| CoreCivic, et al., | |
| Defendants. | |

The parties in this matter have indicated they would like a referral to a Magistrate Judge for purposes of a settlement conference (ECF No. 16). Accordingly,

**IT IS ORDERED** referring this matter to United States Magistrate Judge Eileen S. Willett for a settlement conference. Within 14 days of this order, counsel is directed to jointly contact the chambers of Judge Willett at (602)-322-7620 or Willett_Chambers@azd.uscourts.gov to schedule a settlement conference.

Dated this 16th day of June, 2022.

Camille D. Bibles
United States Magistrate Judge