**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H., <br><br> Plaintiff, <br><br> v. <br><br> CoreCivic, United States of America, InGenesis Incorporated, <br><br> Defendants. | No. CV 19-04332 PHX ROS (CDB) <br><br> **ORDER** |

**IT IS ORDERED that** the stipulated motion at ECF No. 169 is **granted**.

Accordingly, the remaining deadlines in this matter are extended as follows:

1. The deadline for completing expert witness depositions is extended to **October 21, 2022**.

2. All supplementation of discovery shall be completed by **October 28, 2022**.

3. The deadline for engaging in good-faith settlement negotiations and filing dispositive motions is **December 2, 2022**.

Dated this 10th day of August, 2022.

Camille D. Bibles
United States Magistrate Judge