# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H.,

Plaintiff,

v.

CoreCivic, United States of America, InGenesis Incorporated,

Defendants.

No. CV 19-04332 PHX ROS (CDB)

**ORDER**

**IT IS ORDERED that** the joint motion at ECF No. 177 is **granted**. Accordingly, the deadline to complete expert witness depositions is extended to **November 1, 2022**, for the limited purpose of deposing Plaintiffs' expert Roger Clark. The deadline for final supplementation of discovery is **November 15, 2022.** The deadline for good-faith settlement discussions and to file dispositive motions shall remain **December 2, 2022**.

Dated this 21st day of October, 2022.

Camille D. Bibles
United States Magistrate Judge