# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H.,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, United States of America, InGenesis Incorporated,<br><br>Defendants. | No. CV 19-04332 PHX ROS (CDB)<br><br>**ORDER** |

**IT IS ORDERED that** the unopposed motion at ECF No. 180, which seeks only to extend the deadline for filing dispositive motions, is **granted**. Accordingly, the parties shall have until **January 16, 2023**, to file dispositive motions in this matter.

Dated this 15th day of November, 2022.

_____
Camille D. Bibles
United States Magistrate Judge