# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H.,

Plaintiffs, et al.,

v.

CoreCivic, et al.,

Defendants.

No.   CV-19-04332-PHX-ROS (CDB)

**ORDER**

Pending before the Court is a Stipulation of Dismissal of All Claims Against the United States of America With Prejudice in which Plaintiffs agree to dismiss all claims against the United States with prejudice, with each side to bear their own fees, expenses, and costs.[1]  (Doc. 186.)

Accordingly,

**IT IS ORDERED:**

(1)   The Stipulation of Dismissal of All Claims Against the United States of America With Prejudice (Doc. 186) is **GRANTED.**  Defendant United States of America and Count One are **DISMISSED WITH PREJUDICE** with each side to bear their own

---

[1] Plaintiffs and the United States did not identify which claims in the operative Fourth Amended Complaint are subject to dismissal, but only Count One asserts a claim against the United States.  (Doc. 52 at 13-16.)

fees, expenses, and costs and without the Court retaining jurisdiction over the parties' settlement or the United States for purposes of this case.

(2) All other matters **must remain** with the Magistrate Judge for disposition as appropriate.

Dated this 1st day of December, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -