# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H., | No. CV 19-04332 PHX ROS (CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| CoreCivic, United States of America, InGenesis Incorporated, | |
| Defendants. | |

**IT IS ORDERED that** the unopposed motion at ECF No. 191 is **granted**. Accordingly, the parties shall have until January 31, 2023, to file dispositive motions in this matter.

Dated this 5th day of January, 2023.

Camille D. Bibles
United States Magistrate Judge