# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H.,

Plaintiff,

v.

CoreCivic, United States of America, InGenesis Incorporated,

Defendants.

No. CV 19-04332 PHX ROS (CDB)

**ORDER**

**IT IS ORDERED that** the motion to seal at ECF No. 196 is **granted**. Accordingly, Defendants' statement of facts and exhibit thereto in support of their motion for summary judgment, lodged under seal at ECF No. 197, shall remain under seal.

Dated this 1st day of February, 2023.

_____

Camille D. Bibles

United States Magistrate Judge