# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H., <br><br> Plaintiff, <br><br> v. <br><br> CoreCivic, United States of America, InGenesis Incorporated, <br><br> Defendants. | No. CV 19-04332 PHX ROS (CDB) <br><br> **ORDER** |

**IT IS ORDERED that** the joint motion ECF No. 202 is **granted**. Accordingly, Plaintiffs shall have until March 17, 2023, to file a response to CoreCivic's motion for summary judgment at ECF No. 194, and CoreCivic shall have until February 28, 2023, to file a reply in support of the motion at ECF No. 198.

Because of the length of time this matter has been pending, these deadlines will not be further extended for any reason.

Dated this 16th day of February, 2023.

Camille D. Bibles
United States Magistrate Judge