# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H.,

Plaintiff,

v.

CoreCivic, United States of America, InGenesis Incorporated,

Defendants.

No. CV 19-04332 PHX ROS (CDB)

**ORDER**

**IT IS ORDERED that** Plaintiff's motion at ECF No. 204 is construed as a motion to seal the exhibits to Plaintiff's response (ECF No. 201) to Defendant's motion at ECF No. 198, and the motion at ECF No. 204 is **granted**. Accordingly, the documents at ECF No. 201-1 shall all be sealed and kept under seal, and the exhibits to the motion at ECF No. 204 (ECF No. 204-1) shall also be sealed and kept under seal.

Dated this 24th day of February, 2023.

_____

Camille D. Bibles
United States Magistrate Judge