**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H., Plaintiff, v. CoreCivic, United States of America, InGenesis Incorporated, Defendants. | No. CV 19-04332 PHX ROS (CDB) **ORDER** |

**IT IS ORDERED that** Plaintiff's motion at ECF No. 209 is **granted**. Accordingly, all of the statement of facts and exhibits thereto at ECF No. 208 shall be sealed and kept under seal.

**IT IS FURTHER ORDERED that** the motion at ECF No. 210 is **granted**. Accordingly, Plaintiff is given leave to file with the Court and serve on Defendant an electronic exhibit to their pleading at ECF No. 208, which exhibit shall remain under seal and shall be governed by the protective order at ECF No. 74.

Dated this 20th day of March, 2023.

Camille D. Bibles
United States Magistrate Judge