MGD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, individually and as successor in interest to the deceased Raquel Evangelina Calderon de Hidalgo, and as guardian of B.H. and L.H., <br><br>           Plaintiffs, et al., <br><br> v. <br><br> CoreCivic, et al., <br><br>           Defendants. | No.  CV 19-04332-PHX-ROS (CDB) <br><br> **ORDER** |

Pending before the Court is a "Stipulation to Dismiss, With Prejudice, All Claims Against InGenesis, Inc. Only" filed by Plaintiffs and Defendant InGenesis, Inc., in which Plaintiffs agree to dismiss all claims against InGenesis, Inc. with prejudice, with each side to bear their own fees, expenses, and costs, and with the Court not retaining jurisdiction over the parties' settlement or InGenesis, Inc.  (Doc. 213.)

The Court will accept the Stipulation.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED:**

(1)     The "Stipulation to Dismiss, With Prejudice, All Claims Against InGenesis, Inc. Only" (Doc. 213) is **granted**, and Defendant InGenesis, Inc. is **dismissed** from this action **with prejudice** with each side to bear their own fees, expenses, and costs and without the Court retaining jurisdiction over the parties' settlement or InGenesis, Inc.

(2)     All other matters **must remain** with the Magistrate Judge for disposition as appropriate.

Dated this 30th day of March, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -