# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, et al., | No. CV-19-04332-PHX-ROS (CDB) |
| Plaintiffs, | **ORDER** |
| v. | |
| CoreCivic, et al., | |
| Defendants. | |

Dr. Kenneth Merchant recently telephoned the Court to complain the parties have not kept him informed whether he will be called as a witness in this case. The Court informed Dr. Merchant that such contact was not permitted. To ensure Dr. Merchant does not contact the Court again, any party planning to call Dr. Merchant as a witness must contact Dr. Merchant and remind him not to contact the Court directly. If no party plans to call Dr. Merchant, Plaintiffs' counsel must contact Dr. Merchant and inform him he will not be called.

Accordingly,

…

…

…

…

…

…

**IT IS ORDERED** no later than **October 20, 2023**, the parties must confer regarding Dr. Merchant.  Any party planning on calling Dr. Merchant as a witness must contact him and remind him not to contact the Court directly.  If no party will call Dr. Merchant as a witness, Plaintiffs' counsel must contact Dr. Merchant and inform him he will not be called.

Dated this 16th day of October, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge