# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, et al., | No. CV-19-04332-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| CoreCivic, et al., | |
| Defendants. | |

Parties filed a Joint Motion to Continue Trial (Doc. 232) seeking to continue the trial currently scheduled to begin on May 20, 2024 to October 2024.  The parties are reminded that they must show good cause to request a trial continuance and that the Court's calendar will take precedence over counsel's, particularly with respect to vacations.  What is more, the Court held a hearing in January to establish this trial date consistent with the Court's calendar.

The Court will not continue the trial to October but will offer parties a choice of proceeding as currently scheduled or continuing the trial to June 6, 2024.

…

…

…

…

…

…

**IT IS ORDERED** parties shall file a joint statement either confirming the current trial dates or stating their preference to continue the trial to June 6, 2024 by **Monday, March 25, 2024**.

Dated this 20th day of March, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge