# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, et al., | No. CV-19-04332-PHX-ROS (CDB) |
| Plaintiffs, | **ORDER** |
| v. | |
| CoreCivic, et al., | |
| Defendants. | |

The Court having been notified that this matter has settled as to all parties, and a Joint Notice of Settlement and Request to Vacate (Doc. 246) having been filed,

**IT IS ORDERED** the Clerk of Court shall enter a judgment of dismissal with prejudice without further notice on **June 10, 2024**, unless prior thereto a Stipulation to Dismiss, along with a form of order, or request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** any scheduled hearings, including the Final Pretrial Conference set on **May 28, 2024, at 1:00 p.m.**, and the Trial to a Jury scheduled to begin on **June 6, 2024, at 8:30 a.m.**, are **VACATED**.

…

…

…

…

…

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

Dated this 25th day of April, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge