# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rene Hidalgo Lopez, et al., | No. CV-19-04332-PHX-ROS (CDB) |
| Plaintiffs, | **ORDER** |
| v. | |
| CoreCivic, et al., | |
| Defendants. | |

The Parties have filed a 2nd Stipulated Motion to Extend Deadline for Stipulated Dismissal (Doc. 250). As the parties agree, and good cause appearing,

**IT IS ORDERED** the 2nd Stipulated Motion is **GRANTED**. The parties have through **August 9, 2024**, to finalize the settlement and file a Stipulation to Dismiss this matter with prejudice.

Dated this 1st day of July, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge