MGD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Mario Rene Hidalgo Lopez,

          Plaintiff,

v.

CoreCivic, et al.,

          Defendants.

No.   CV 19-04332-PHX-ROS (CDB)

**ORDER**

**AND**

**ORDER TO SHOW CAUSE**

Pending before the Court is a "Stipulation of Dismissal" by Plaintiff and Defendant CoreCivic, Inc., in which Plaintiff agrees to dismiss all claims against CoreCivic, Inc. with prejudice, with each side to bear their own fees, expenses, and costs, and with the Court not retaining jurisdiction over the parties' settlement or CoreCivic, Inc.  (Doc. 252.)

The Court will accept the Stipulation.

The only remaining Defendants in this action are Does 1-10.  To date, Plaintiff has not filed notices of substitution to identify the unnamed Defendants or served them.  The Court will order Plaintiff to show cause why Does 1-10 should not be dismissed for failure timely serve pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.[1]

**IT IS ORDERED:**

(1)   The "Stipulation of Dismissal" (Doc. 252) is **granted**, and Defendant CoreCivic Inc. is **dismissed** from this action **with prejudice** with each side to bear their

---

[1] Rule 4(m) of the Federal Rules of Civil Procedure requires that service be completed within ninety days of the filing of the Complaint.

own fees, expenses, and costs and without the Court retaining jurisdiction over the parties' settlement or CoreCivic Inc.

(2)    Within **fourteen (14) days** of the date of this Order, Plaintiff shall **show cause** why Defendants Does 1-10 should not be dismissed for failure to timely serve. Failure to show cause within fourteen (14) days may result in dismissal of this case as to Defendants Does 1-10 without further notice to Plaintiff.

Dated this 25th day of July, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge